In the United States District Court

for the ____SOUTHERN____ District of ____NEW YORK____

United States of America

v.

____Ovidio Guzman Lopez____

Criminal No. 23 Cr. 42 (VEC)

Consent to Transfer of Case

for Plea and Sentence

(Under Rule 20)

I, ____Ovidio Guzman Lopez____, defendant, have been informed that a ____indictment____ (indictment, information, complaint) is pending against me in the above designated cause. I wish to plead ____guilty____ (guilty, nolo contendre) to the offense charged, to consent to the disposition of the case in the ____Northern____ District of ____Illinois____ in which I ____am held____ (am under arrest, am held) and to waive trial in the above captioned District.

Dated: __June 30 2025__ at __10:47 a.m__

_Ovidio Guzman L._
(Defendant)

[signature]
(Witness)

[signature]
(Counsel for Defendant)

Approved

_Jay Clayton_
United States Attorney for the

____Southern____ District of ____New York____

[signature]
United States Attorney for the

____Northern____ District of ____Illinois____

FORM USA-153
SBP 82